UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN HARRIS, JR., :
:
      Plaintiff :   No. 4:11-CV-00556
:
vs. :   (Judge Nealon)
:
MICHAEL J. ASTRUE, :
COMMISSIONER OF SOCIAL :
SECURITY, :
:
      Defendant :

*FILED SCRANTON MAY 2 5 2012 PER ___ DEPUTY CLERK*

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** THAT:

1. The Clerk of Court shall enter judgment in favor of John Harris, Jr., and against Michael J. Astrue, Commissioner of Social Security, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying John Harris, Jr., supplemental security income benefits is vacated and the case remanded to the Commissioner of Social Security to:

   2.1 Conduct a new administrative hearing and appropriately evaluate the medical and vocational evidence. and the credibility of John Harris, Jr., and fully develop the record.

3. The Clerk of Court shall **CLOSE** this case.

*[signature]*
United States District Judge

Dated: May 25, 2012